# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

136924

NORMA GRIWATSCH and
DOLORES W. LIPCHIK,
      Plaintiffs-Appellants,

v

PAUL NIEDZWIECKI,
      Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136924
COA: 275188
Presque Isle PC: 04-007955-ML

_____/

      On order of the Court, the application for leave to appeal the April 24, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

_____
Clerk

p1117